```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :        ORDER
              - v. -                :
                                    :        19 Cr. 648 (JMF)
 JOHN FREDY QUIROZ-MEDINA,          :
                                    :
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - -x
```

WHEREAS, with the consent of the defendant, JOHN FREDY QUIROZ-MEDINA, his guilty plea allocution was taken before a United States Magistrate Judge on December 28, 2022; and

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:
Dated:  New York, New York
        January 18, 2023

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK