**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 21, 2023

Application GRANTED. The Clerk of Court is directed to terminate Doc. #64. SO ORDERED.

March 22, 2023

By ECF

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. John Quiroz**
   **19 Cr. 648 (JMF)**

Dear Judge Furman:

With the Government's consent, I write to request a 3-day extension of Mr. John Quiroz's sentencing submission deadline. This time is requested to allow the defense to finish the process of gathering mitigation materials to aid in sentencing. This time will also allow the defense a sufficient opportunity to review the final report (filed on 3-15-2023) with Mr. Quiroz at Westchester County Jail and incorporate any additional objections or edits into the final defense memorandum.

Under the proposed deadline, the defense submission would be due on March 24, 2023. The Government's submission would be due March 31.

Respectfully submitted,

   /s/
Zawadi Baharanyi
Assistant Federal Defender
212-417-8735

cc:   Elinor Tarlow.
   Assistant United States Attorney