UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                           19-CR-648-3 (JMF)

JOHN FREDY QUIROZ-MEDINA,                       SCHEDULING ORDER

                 Defendant.

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       IT IS HEREBY ORDERED that the time for sentencing in this matter, scheduled for **April 4, 2023**, is changed from 3:15 p.m. to **10:30 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

       SO ORDERED.

Dated: March 27, 2023
       New York, New York

                                                                  JESSE M. FURMAN
                                                       United States District Judge