UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                              :
:
     -v-                                                          :     19-CR-648-3 (JMF)
:
JOHN FREDY QUIROZ-MEDINA,                   :     <u>ORDER</u>
:
     Defendant.                                              :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     It is hereby ORDERED that the defendant in the above captioned case, USM Number 63148-509, has been sentenced to a term of imprisonment of "Time Served, plus 2 days," and therefore is to be released on **April 6, 2023** subject to any detainers.

     SO ORDERED.

Dated: April 4, 2023
          New York, New York

                                                          JESSE M. FURMAN
                                                         United States District Judge